158 A.3d 68

COMMONWEALTH of Pennsylvania, Respondent

v.

Montrell GAINEY, Petitioner

No. 194 EAL 2016

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue and Justice Mundy did not participate in the consideration or decision of this matter.